452 A.2d 55

Commonwealth v. Kerins, Appellant.

Submitted April 21, 1982. Donald C. Marino, for appellant; Alan

Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Judgment of sentence affirmed.